NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

ARLENE MARIE HUDSON and
ARTURO JENKINS
27872 Lake Ridge Drive
Romoland, CA 92585
PHONE: (951) -250-0390
FAX:   (888) 528-0567

**FILED**

2012 JAN 31   AM 10: 43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

ATTORNEYS FOR:  IN PRO SE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DEUTSCHE BANK NATIONAL TRUST COMPANY, ITS ASSIGNEES AND/OR SUCCESSORS<br><br>Plaintiff(s),<br><br>v.<br><br>ARLENE MARIE HUDSON and ARTURO JENKINS; AND DOES 1 TO 10, INCLUSIVE,<br><br>Defendant(s) | CASE NUMBER<br>ED CV 12 - 00145 VAP (DTBx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for __DEFENDANTS, ARLENE MARIE HUDSON, ARTURO JENKINS__
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

|                    PARTY                    |         CONNECTION         |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | PLAINTIFF |
| GAYLE E. JAMESON, ESQ. SBN 207050 | ATTORNEY FOR PLAINTIFF |
| ARLENE HUDSON AND ARTURO JENKINS | DEFENDANTS |

JANUARY 31, 2012
_____
Date

_____
Sign

ARLENE MARIE HUDSON / ARTUOR JENKINS
_____
Attorney of record for or party appearing in pro per